IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I–V AND JOHN DOE I–IV, on behalf of themselves and all others similarly situated<br><br>     Plaintiffs,<br><br>  v.<br><br>TEXACO, INC.; TEXACO PETROLEUM CO. AND CHEVRON CORP.,<br><br>     Defendants.<br>                                                                    / | No. C 06-02820 WHA<br><br>**ORDER REFUSING TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |

Defendants have agreed with plaintiffs to change the hearing date for the motion to dismiss only if the case-management conference is moved to October 5, 2006. The conference will not be moved to that date. It therefore remains as scheduled, on August 17, 2006. The motion to dismiss schedule therefore also remains as it was. The **OPPOSITION IS DUE TODAY**. Please submit a joint case-management statement at least one week prior to the conference.

**IT IS SO ORDERED.**

Dated: June 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE