IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE I–V AND JOHN DOE I–IV,
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

  v.

TEXACO INC., TEXACO PETROLEUM
CO. AND CHEVRON CORP.,

    Defendants.

No. C 06-02820 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference is **CONTINUED** to **OCTOBER 5, 2006, AT 8:00 A.M.**, following hearing plaintiffs' motion to proceed anonymously and defendants' motion to dismiss the first amended complaint.

**PLEASE NOTE THERE WILL BE NO FURTHER CONTINUANCES.**

**IT IS SO ORDERED.**

Dated: August 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE