United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I–V AND JOHN DOE I–IV, on behalf of themselves and all others similarly situated<br><br>    Plaintiffs,<br><br>  v.<br><br>TEXACO, INC.; TEXACO PETROLEUM CO. AND CHEVRON CORP.,<br><br>    Defendants.<br>_____/ | No. C 06-02820 WHA<br><br>**ORDER RE ORAL ARGUMENT** |

At the hearing on September 21, 2006, counsel should be prepared to discuss why this case should not be dismissed on *forum non conveniens* grounds, per *Aguinda v. Texaco, Inc.*, 303 F.3d 470 (2002).

**IT IS SO ORDERED.**

Dated: September 19, 2006

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE