IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I–V AND JOHN DOE I–IV,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO, INC.; TEXACO PETROLEUM CO. AND CHEVRON CORP.,<br><br>Defendants.<br>_____ / | No. C 06-02820 WHA<br><br>**ORDER RESETTING HEARING** |

The evidentiary hearing currently set for 8 a.m. on October 4, 2006, is reset for **10:30 A.M. ON OCTOBER 4, 2006.**

**IT IS SO ORDERED.**

Dated: September 26, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE