TERRY COLLINGSWORTH (pro hac vice)
THOMAS J. CMAR (pro hac vice)
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, NW Suite 420
Washington, D.C. 20007
Tel: (202) 347-4100 / Fax: (202) 347-4885

PAUL L. HOFFMAN (Cal S.B. # 71244)
SCHONBRUN, DeSIMONE, SEPLOW,
HARRIS & HOFFMAN, L.L.P.
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731 / Fax: (310) 399-7040

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doe et. al., | CASE NO.: C 06-02820 WHA |
| Plaintiffs, | [~~PROPOSED~~] ORDER REGARDING OCTOBER 4 EVIDENTIARY HEARING ON LAW OF ECUADOR |
| v. | |
| Texaco Inc., Texaco Petroleum Company, Inc., Chevron Corporation, | |
| Defendants. | Date: Oct 4, 2006<br>Time: 10:30 a.m.<br>Courtroom: 9, 19th Fl<br>Judge: Hon. William H. Alsup |

IT IS HEREBY ORDERED that Plaintiffs' Motion Regarding the October 4 Hearing on the Law of Ecuador is GRANTED as follows:

   _x_   The hearing will occur as scheduled on October 4, if Professor Pena obtains a visa and attends, the hearing will conclude. If Professor Pena is not present, the Court will assess whether the hearing can be concluded; or

   ____   The hearing will occur on October 4, and if Professor Pena is not able to attend, the parties shall depose Professor Pena in San Francisco, Ecuador or via video conference and submit the transcript to the Court for review; or

   ____   The hearing is rescheduled for Wednesday October 11, or the earliest date the Court has available October __ , 2006.

October 2, 2006
Dated: ~~September ___, 2006~~

IT IS SO ORDERED
*[Signature: Judge William Alsup]*

By _____
Honorable William H. Alsup
United States District Court Judge