| | |
|---|---|
| Robert A. Mittelstaedt # 60359<br>Thomas A. Rector #199175<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700<br>email: ramittelstaedt@jonesday.com<br>email: tarector@jonesday.com<br><br>Deborah Scott #800300<br>6001 Bollinger Canyon Rd., Room C2192<br>San Ramon, CA 94583<br>deborah.scott@chevron.com<br>Telephone: (925) 842-3413<br>Facsimile: (925) 842-4562<br><br>Attorneys for Defendants Texaco, Inc.,<br>Texaco Petroleum Company, Inc. and<br>Chevron Corporation | SCHONBRUN, DE SIMONE, SEPLOW,<br>HARRIS & HOFFAM, LLP<br>Paul L. Hoffman #07244<br>723 Ocean Front Walk<br>Venice, CA 90201<br>Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040<br>email: hoffpaul@aol.com<br><br>LAW OFFICES OF CRISTOBAL BONIFAZ<br>Cristobal Bonifaz (*pro hac vice*)<br>180 Maple Street, P.O. Box 180<br>Conway, MA 01341<br>Telephone: (413) 369-4263<br>Facsimile: (413) 369-0076<br><br>INTERNATIONAL LABOR RIGHTS FUND<br>Terry Collingsworth (*pro hac vice*)<br>Natacha Thys (*pro hac vice*)<br>2001 S Street, NW #420<br>Washington, DC 20009<br>Telephone: (202) 347-4100<br>Facsimile: (202) 347-4885<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEXACO, INC., et al.,<br><br>        Defendants. | CASE NO. C 06-02820 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDICAL EXAMINATIONS AND DEPOSITIONS OF PLAINTIFFS** |

WHEREAS the parties have agreed that plaintiffs will submit to depositions and medical examinations in the San Francisco area if they are able to obtain the necessary visas;

WHEREAS plaintiffs have agreed that if they are unable to obtain such visas, they will pay the reasonable travel and accommodation expenses of defendants' counsel, doctors and other

1  necessary personnel.  At present and subject to revision after obtaining and reviewing plaintiffs'
2  medical records, defendants believe that two lawyers, two medical doctors, one mental health
3  care professional, one certified court reporter, one videographer and one court-certified interpreter
4  will be necessary.

5  WHEREAS defendants reserve the right to seek any relief that may be appropriate if
6  plaintiffs fail to appear for depositions and medical examinations in the San Francisco area,
7  including without limitation relief based on the unavailability of adequate medical facilities for
8  conducting a medical exam in Ecuador.

9  WHEREAS defendants believe that, as a matter of fundamental fairness, plaintiffs should
10 not be permitted to selectively appear in this forum for trial, but not for medical examination and
11 deposition, and plaintiffs agree that they will not, as a matter of tactics, decline to come to the
12 United States for medical examination and deposition but then appear at trial but seek to reserve
13 the right to attend trial if, despite plaintiffs' best efforts, the United States government denies
14 visas now but grants them later.

15 **IT IS HEREBY STIPULATED** by the parties through their respective undersigned
16 counsel as follows, subject to this Court's approval:

17 1. Plaintiffs will use their best efforts to obtain, by November 30, 2006, any
18 necessary visas or other permits to enable them to travel to San Francisco for medical
19 examinations and depositions.  Defendants will not oppose any motion by plaintiffs seeking
20 assistance from the Court for such purposes.

21 2. On or before November 30, 2006, plaintiffs' counsel will advise whether plaintiffs
22 have obtained the necessary visas for travel to the United States.  If so, the medical examinations
23 and depositions will be held in or around San Francisco on mutually agreeable dates.  If not,
24 plaintiffs shall provide declarations describing the steps taken to obtain the visas and the reasons
25 for denial, as well as all documentation supporting those efforts and reasons for denial.

26 3. If plaintiffs are unable to obtain visas by November 30, 2006, plaintiffs will pay
27 defendants' reasonable expenses for traveling to and conducting the medical examinations and
28 depositions in Quito, Ecuador, at least for the personnel identified in the recitals above.

SFI-556269v1 | 2 | **Order on Stip Re Medical Examinations and Depositions of Plaintiffs C-06-02820**

1  4.  On or before November 30, 2006, plaintiffs will provide defendants with an executed records release in a form provided by defendants, for plaintiffs' medical, employment and governmental records.

5.  Any dispute over whether defendants' expenses are reasonable will be referred to the Court for resolution in a manner consistent with this stipulation and order.

6.  This stipulation is without prejudice to defendants' right to seek appropriate relief should Plaintiffs be unable to travel to San Francisco within three months of the date of this stipulation. This stipulation is also without prejudice to plaintiffs' right to oppose such a motion.

Dated: October 19, 2006

By: /s/ Natacha Thys
    Natacha Thys

Attorneys for Plaintiffs

Dated: October 19, 2006

By: /s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Attorneys for Defendants Texaco, Inc., Texaco Petroleum Company, Inc. and Chevron Corporation

IT IS SO ORDERED.

Dated: October 23, 2006

By: _____
Honorable William H. Alsup
United States District Court Judge

SFI-556269v1

3

Order on Stip Re Medical Examinations and Depositions of Plaintiffs
C-06-02820