**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GONZALEZ, et al.,                                              No. C 06-02820 WHA

        Plaintiffs,

  v.                                                              **ORDER DENYING REQUEST TO
CONTINUE HEARING**

TEXACO, INC., TEXACO PETROLEUM
COMPANY, INC., CHEVRON
CORPORATION,

        Defendants.
_____/

      The Court **DENIES** plaintiffs' request to continue the hearing re the discovery dispute

outlined in defendants' letter of January 16, 2007.  The Court has three trials set for Monday 29,

2007, starting at 7:30 a.m.  Plaintiffs are represented by three firms, one of which is in southern

California.  Surely someone from one of the three firms is able to attend the hearing.

      **IT IS SO ORDERED.**

Dated:  January 19, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE