TERRY COLLINGSWORTH (admitted *pro hac vice*)
NATACHA THYS (admitted *pro hac vice)*
DEREK J. BAXTER (admitted *pro hac vice*)
INTERNATIONAL LABOR RIGHTS FUND
2001 S Street, NW Suite 420
Washington, D.C. 20007
Tel: (202) 347-4100 / Fax: (202) 347-4885
Email: terry.collingsworth@ilrf.org
Email: natacha.thys@ilrf.org
Email: derek.baxter@ilrf.org

PAUL L. HOFFMAN (Cal S.B. # 71244)
SCHONBRUN, DeSIMONE, SEPLOW,
HARRIS & HOFFMAN, L.L.P.
723 Ocean Front Walk
Venice, California 90291
Tel: (310) 396-0731 / Fax: (310) 399-7040
Email: hoffpaul@aol.com

LAW OFFICES OF CRISTÓBAL BONIFAZ
CRISTÓBAL BONIFAZ (admitted *pro hac vice*)
JOHN C. BONIFAZ (admitted *pro hac vice*)
180 Maple Street
P.O. Box 180
Conway, MA 01341
Tel: (413) 369-4263 / Fax: (413) 369-0076
Email: cbonifaz@comcast.net

Attorneys for Plaintiffs Gonzales, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, *et al.*, | CASE NO. C 06-02820 WHA |
| Plaintiffs, | [PROPOSED] ORDER ON PLAINTIFFS' UNOPPOSED MOTION FOR ASSISTANCE IN SEEKING TRAVEL VISAS |
| v. | |
| TEXACO, INC., *et al.*, | |
| Defendants. | |

Having reviewed Plaintiffs' Unopposed Motion for Assistance in Seeking Travel Visas, and Defendants having consented thereto, and otherwise finding good cause exists,

IT IS HEREBY ORDERED: that Plaintiffs' Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED: that the Court will submit a letter to the United States Embassy in Ecuador as a means of facilitating Plaintiffs' travel visas to the United States for purposes of this case, subject to all necessary costs being paid by counsel for the Plaintiffs, and in accordance with the assurances by Plaintiffs' counsel of its clients full compliance with the terms and conditions of any visas issued.

Dated: February 21, 2007

By _____
Honorable William H. Alsup
United States District Court Judge

Cc: Counsel of Record