IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al., | No. C 06-02820 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE VISA APPLICATIONS** |
| TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION, | |
| Defendants. | |

The Court has just received the attached letter and is surprised to learn that the formal visa applications have not even been filed. The burden is on the parties to complete discovery, to meet all pretrial deadlines, and to be ready for trial by the trial date. The parties must not gamble on bringing plaintiffs to the United States.

Dated: March 22, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE