IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE I, JANE DOE II, JANE DOE III, JANE DOE IV, JANE DOE V, JOHN DOE I, JOHN DOE II, JOHN DOE III and JOHN DOE IV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEXACO INC., TEXACO PETROLEUM COMPANY, INC., and CHEVRON CORPORATION,<br><br>Defendants. | No. C 06-02820 WHA<br><br>**ORDER SETTING HEARING RE DISCOVERY DISPUTE** |

*If* counsel have met and conferred, a hearing is set for **10:00 A.M. ON MONDAY, APRIL 16, 2007**, in Courtroom 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiff's response to defendant's April 12 letter is due by **NOON ON FRIDAY, APRIL 13, 2007**. Please note that if counsel have not met and conferred, the hearing will be cancelled.

**IT IS SO ORDERED.**

Dated: April 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE