IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,<br><br>    Defendants.<br>_____ / | No. C 06-02820 WHA<br><br>**ORDER TO SHOW CAUSE WHY ADMISSION TO PRACTICE BEFORE THIS DISTRICT SHOULD NOT BE SUSPENDED** |

    Plaintiffs' attorney Paul Hoffman is **ORDERED** to appear in Court in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, on **MAY 10, 2007**, at **11:00 A.M.** to show cause why his admission to practice before this district should not be suspended for his persistent failure to register for e-filing in the above-entitled action.

    If Mr. Hoffman registers for e-filing or withdraws as counsel by **NOON** on **MONDAY, MAY 7, 2007**, he need not appear on May 10.

    **IT IS SO ORDERED.**

Dated: April 23, 2007.

                                                   WILLIAM ALSUP<br>
                                                 UNITED STATES DISTRICT JUDGE