**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   LUISA GONZALEZ, et al.,                          No. C 06-02820 WHA

11            Plaintiffs,

12       v.                                           **ORDER TO SHOW CAUSE WHY
                                                      ADMISSION** *PRO HAC VICE*
13   TEXACO, INC., TEXACO PETROLEUM                   **SHOULD NOT BE REVOKED**
     COMPANY, INC., CHEVRON
14   CORPORATION,

15            Defendants.
                                               /
16

17           Plaintiffs' attorney Cristobal Bonifaz is **ORDERED** to appear in Court in Courtroom

18   No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, on **MAY 10, 2007**, at **11:00 A.M.** to

19   show cause why his admission *pro hac vice* should not be revoked for his persistent failure to

20   register for e-filing in the above-entitled action.

21           If Mr. Bonifaz registers by **NOON** on **MONDAY, MAY 7, 2007**, he need not appear on

22   May 10.

23

24       **IT IS SO ORDERED.**

25

26   Dated:  April 23, 2007.

27                                                   _____
                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE
28