IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,<br><br>    Defendants.<br>                                               / | No. C 06-02820 WHA<br><br>**NOTICE RE ECF REQUIREMENTS** |

Subpart VI(G) of General Order 45 requires that "[i]n all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically." Plaintiffs' counsel have repeatedly violated this provision of General Order 45, requiring the Court's staff to call counsel several times to remind them of their obligation to file chambers copies. Further violations will result in sanctions.

**IT IS SO ORDERED.**

Dated: May 3, 2007.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE