IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,<br><br>  Defendants.<br>                                              / | No. C 06-02820 WHA<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTE** |

A hearing on the recent discovery-dispute letter filed by defendants will be held at **10:00 A.M.** on **MAY 15, 2007**. Plaintiffs' counsel may appear by telephone. Defendants' counsel must appear in person and bring copies of *all* documents that may be helpful to see at the hearing.

**IT IS SO ORDERED.**

Dated: May 15, 2007.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE