IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALEZ, et al.,

    Plaintiffs,

v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**ORDER RE RESPONSE TO MAY 18, 2007, LETTER**

The plaintiffs are **ORDERED** to respond to defendants' May 18, 2007, letter by **NOON ON MONDAY, MAY 21, 2007**.

**IT IS SO ORDERED.**

Dated: May 18, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE