Robert A. Mittelstaedt # 60359
Thomas A. Rector #199175
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
email: ramittelstaedt@jonesday.com
email: tarector@jonesday.com

Deborah Scott #800300
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
email: deborah.scott@chevron.com
Telephone:    (925) 842-3413
Facsimile:    (925) 842-4562

Attorneys for Defendants
TEXACO INC., TEXACO PETROLEUM
COMPANY, AND CHEVRON CORPORATION

E-Filing

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al., | CASE NO.  C 06-02820 WHA |
| Plaintiffs, | ~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| TEXACO INC, et al., | |
| Defendants. | |

1    Nancy MacKimm, an active member in good standing of the bar of the State of Texas,

2    whose business address and telephone number is 717 Texas, Suite 3300, Houston, Texas 77002,

3    (832-239-3776), having applied in the above-entitled action for admission to practice in the

4    Northern District of California on a *pro hac vice* basis, representing defendants Texaco Inc.,

5    Texaco Petroleum Company, Inc., and Chevron Corporation in the above-entitled action.

6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

8    *vice*. Service of papers upon and communication with co-counsel designated in the application

9    will constitute notice to the party. All future filings in this action are subject to the requirements

10   contained in General Order No. 45, Electronic Case Filing.

12   Dated: _____, 2007             By:_____
13                                                 William H. Alsup
                                                   United States District Judge

HUI-823369v1

(PROPOSED) ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTY *PRO HAC VICE*
Case No.:C-06-2820-WHA