Robert A. Mittelstaedt # 60359
Thomas A. Rector #199175
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
email: ramittelstaedt@jonesday.com
email: tarector@jonesday.com

Deborah Scott #800300
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA  94583
email: deborah.scott@chevron.com
Telephone:   (925) 842-3413
Facsimile:   (925) 842-4562

Attorneys for Defendants
TEXACO INC., TEXACO PETROLEUM
COMPANY, AND CHEVRON CORPORATION

E-Filing

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TEXACO INC, et al.,<br><br>        Defendants. | CASE NO. C 06-02820 WHA<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1    Michael L. Rice, an active member in good standing of the bar of the State of Texas,
2    whose business address and telephone number is Jones Day, 2727 N. Harwood St., Dallas, Texas
3    75201, (214) 220-3939, having applied in the above-entitled action for admission to practice in
4    the Northern District of California on a *pro hac vice* basis, representing defendants Texaco Inc.,
5    Texaco Petroleum Company, Inc., and Chevron Corporation in the above-entitled action.
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8    *vice*. Service of papers upon and communication with co-counsel designated in the application
9    will constitute notice to the party. All future filings in this action are subject to the requirements
10   contained in General Order No. 45, Electronic Case Filing.

11   Dated: _____, 2007          By: _____
12                                           William H. Alsup
                                             United States District Judge

14                                        5-17