**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SIEMERS, | No. C 05-04518 WHA |
| Plaintiff, | |
| v. | **REQUEST RE HEARING ON McKENNA** |
| WELLS FARGO & COMPANY ET AL, | |
| Defendant. | |

The defense represents that *no* defendant issued any mutual fund shares in any fund acquired under McKenna's variable annuity insurance contract.

At the hearing tomorrow please be prepared to state the exact extent to which the above statement is true and the exact extent to which it is not true. Identify the sworn and competent evidence of record on point.

**IT IS SO ORDERED.**

Dated: May 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE