IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALEZ, et al.,

    Plaintiffs,

  v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**ORDER RE NEWLY ADDED COUNSEL**

In light of the spate of *pro hac vice* applications recently made, the Court is concerned that plaintiffs are changing their lead trial counsel. As existing counsel know, lead trial counsel were required to attend the initial case management conference. Please advise of your intentions in this regard. Also advise in a declaration whether newly added counsel have read all of the existing orders herein, have read our local rules, have registered for e-filing, and have read the transcript of the initial case management conference. Please do this by **MAY 31, 2007**.

**IT IS SO ORDERED.**

Dated: May 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE