**United States District Court**
For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LUISA GONZALEZ, et al.,                    No. C 06-02820 WHA

11              Plaintiffs,

12      v.                                      **ORDER REQUIRING
                                                APPEARANCE**
13   TEXACO, INC., TEXACO
     PETROLEUM COMPANY, INC.,
14   CHEVRON CORPORATION,

15              Defendants.
                                         /
16

17         Plaintiffs' counsel Cristobal Bonifaz, Terry Collingsworth, and Natacha Thys are

18   ORDERED to appear at the hearing on AUGUST 2, 2007.

19

20         IT IS SO ORDERED.

21

22   Dated:  July 13, 2007.                 _____
                                            WILLIAM ALSUP
23                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28