IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALEZ, et al.,

    Plaintiffs,

  v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**ORDER DENYING MOTION FOR ADMISSION *PRO HAC VICE***

    The application for *pro hac vice* admission of Andrew C. Allen is denied without prejudice. In recent weeks, there have been a rash of such applications by new counsel from Alabama. The Court is concerned that lead and original counsel are walking away from this case and leaving it in the hands of counsel who have never appeared herein and are not up to speed in this case with considerable history. No further *pro hac vice* applications will be approved until lead and original counsel appear in person and explain what is going on.

    **IT IS SO ORDERED.**

Dated: July 23, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE