IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALEZ et al., | No. C 06-02820 WHA |
|     Plaintiffs, | |
| v. | **ORDER RE HEARING ON MOTION FOR SUMMARY JUDGMENT** |
| TEXACO INC., | |
|     Defendant. | |

    Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

**IT IS SO ORDERED.**

Dated: August 2, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE