| | |
|---|---|
| 1 | Robert A. Mittelstaedt # 60359 |
|   | Thomas A. Rector #199175 |
| 2 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 4 | Facsimile: (415) 875-5700 |
|   | email: ramittelstaedt@jonesday.com |
| 5 | email: tarector@jonesday.com |

Deborah Scott #800300
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
deborah.scott@chevron.com
Telephone: (925) 842-3413
Facsimile: (925) 842-4562

Attorneys for Defendants Texaco Inc., Texaco Petroleum Company and Chevron Corporation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al., | CASE NO. C 06-02820 WHA |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF INDIVIDUAL COUNSEL AND ORDER** |
| v. | |
| TEXACO INC., et al., | |
| Defendants. | |

Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Natausha A. Wilson (the "Withdrawing Attorney") formerly an attorney in the law firm of Jones Day hereby notifies the parties and the Court of his intent to individually withdraw as an attorney of record on behalf of defendants Texaco Inc., Texaco Petroleum Company and Chevron Corporation (collectively "Defendants") in the above-captioned action.

This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action, as Defendants has been and continues to be represented by

1  Jones Day through Robert Mittelstaedt and Thomas Rector.  Accordingly, Withdrawing Attorney
2  respectfully requests that this Court approve this withdrawal.

4  Dated:   August 10, 2007                Respectfully submitted,

5                                          JONES DAY

7                                          By: /s/ Natausha A. Wilson
                                                Natausha A. Wilson

8                                          Attorney for Defendants

11 **IT IS SO ORDERED.**

13 Dated: ___August 13, 2007_____     _____
14                                         The Honorable Judge William A. Alsup
                                           United States District Judge

SFI-568244v1                    2         **DEFS' RESP. TO PLS.' 1006 STATEMENT** (4/11/03)
                                          C-99-02506 SI