E-filing

UNITED STATES DISTRICT COURT

Northern District of California

Luisa Gonzales, et al.,

               Plaintiff(s),

v.

Texaco, Inc., et al.,

               Defendant(s).

CASE NO.  06-02820  (WHA)

~~(Proposed)~~
ORDER GRANTING AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Andrew C. Allen, an active member in good standing of the bar of State of Alabama and State of Mississippi, whose business address and telephone number is Whatley Drake & Kallas, LLC
P O Box 10647
2001 Park Place North, Suite 1000
Birmingham, AL 35203   Telephone: 205.328.9576
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8-17, 2007

United States District Court Judge