| | |
|---|---|
| Robert A. Mittelstaedt #60359 <br> Thomas A. Rector #199175 <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 626-3939 <br> Facsimile: (415) 875-5700 <br> email: ramittelstaedt@jonesday.com <br> email: tarector@jonesday.com <br><br> Deborah Scott #800300 <br> 6001 Bollinger Canyon Rd., Room C2192 <br> San Ramon, CA 94583 <br> Telephone: (925) 842-3413 <br> Facsimile: (925) 842-4562 <br> Email: deborah.scott@chevron.com <br><br> Attorneys for Defendants Texaco Inc., <br> Texaco Petroleum Company and Chevron <br> Corporation | Paul Hoffman, Esq. #71244 <br> SCHONBRUN, DE SIMONE, SEPLOW <br> HARRIS & HOFFMAN, LLP <br> 723 Ocean Front Walk <br> Venice, CA 90201 <br> Telephone: (310) 396-0731 <br> Facsimile: (310) 399-7040 <br> Email: hoffpaul@aol.com <br><br> Othni J. Lathram, Esq. <br> WHATLEY DRAKE & KALLAS, LLC <br> P.O. Box 10647 <br> 2001 Park Place North, Suite 1000 <br> Birmingham, Alabama 35202 <br> Telephone: (205) 328-9576 <br> Facsimile: (205) 328-9669 <br> Email: olathram@wdklaw.com <br><br> Attorneys for Plaintiffs |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUISA GONZALES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TEXACO INC., et al., <br><br> Defendants. | CASE NO. C 06-02820 WHA <br><br> **DISMISSAL WITH PREJUDICE FOR PLAINTIFF ARTURO ALAVA** |

Pursuant to Federal Rule of Civil Procedure 41(a) and by stipulation of counsel for all parties who have appeared in the action, plaintiff Arturo Alava (a/k/a/ Angel Arturo Alava Acosta, a/k/a Angel Arturo Alava Acosta Coronado), Ecuadorian cedula number 1301521975, hereby dismisses his claims against defendants Texaco Inc., Texaco Petroleum Company and Chevron Corporation with prejudice.

IT IS SO STIPULATED.

Dated: August 17, 2007

| JONES DAY | WHATLEY DRAKE & KALLAS, LLC |
|---|---|
| By: /s/ Thomas A. Rector<br>Thomas A. Rector | By: /s/ Othni J. Lathram<br>Othni J. Lathram |
| Attorney for Defendants Texaco Inc., Texaco Petroleum Company and Chevron Corporation | Attorney for Plaintiff Arturo Alava |

IT IS SO ORDERED.

Dated: August 27, 2007

By: _____
The Honorable William Alsup
United States District Court Judge