Robert A. Mittelstaedt #60359
Thomas A. Rector #199175
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
email: ramittelstaedt@jonesday.com
email: tarector@jonesday.com

Deborah Scott #800300
6001 Bollinger Canyon Rd., Room C2192
San Ramon, CA 94583
Telephone:    (925) 842-3413
Facsimile:    (925) 842-4562
Email: deborah.scott@chevron.com

Attorneys for Defendants Texaco Inc.,
Texaco Petroleum Company and Chevron
Corporation

Paul Hoffman, Esq. #71244
SCHONBRUN, DE SIMONE, SEPLOW
HARRIS  & HOFFMAN, LLP
723 Ocean Front Walk
Venice, CA 90201
Telephone:    (310) 396-0731
Facsimile:    (310) 399-7040
Email: hoffpaul@aol.com

Othni J. Lathram, Esq.
WHATLEY DRAKE & KALLAS, LLC
P.O. Box 10647
2001 Park Place North, Suite 1000
Birmingham, Alabama 35202
Telephone:    (205) 328-9576
Facsimile:    (205) 328-9669
Email: olathram@wdklaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEXACO INC., et al.,<br><br>        Defendants. | CASE NO.  C 06-02820 WHA<br><br>**DISMISSAL WITH PREJUDICE FOR PLAINTIFF JOSE BONILLA** |

Pursuant to Federal Rule of Civil Procedure 41(a) and by stipulation of counsel for all parties who have appeared in the action, plaintiff Jose Bonilla (a/k/a/ Jose Bonilla Quelal), Ecuadorian cedula number 1000180644, hereby dismisses his claims against defendants Texaco Inc., Texaco Petroleum Company and Chevron Corporation with prejudice.

IT IS SO STIPULATED.

Dated: August 17, 2007

JONES DAY                                         WHATLEY DRAKE & KALLAS, LLC

By:    /s/ Thomas A. Rector                       By:    /s/ Othni J. Lathram
            Thomas A. Rector                                  Othni J. Lathram

Attorney for Defendants Texaco Inc., Texaco       Attorney for Plaintiff Jose Bonilla
Petroleum Company and Chevron
Corporation

IT IS SO ORDERED.

Dated: _____August 27_____, 2007

By:_____
      The Honorable William Alsup
      United States District Court Judge

2