IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALES, et al.

    Plaintiffs,

  v.

TEXACO INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**ORDER TO SHOW CAUSE**

    Pursuant to FRCP 11(c)(1)(B), Cristobal Bonifaz and all plaintiffs' counsel and their law firms (namely, Paul L. Hoffman and Terry Collingsworth) who signed any complaint or amended complaint herein are ordered to show cause why each counsel should not be sanctioned for the conduct set forth in defendants' pending FRCP 11 motion, including without limitation the claims that plaintiffs Gloria Chamba, Luisa Gonzales, and Nixon Rodriguez had cancer caused by defendants when said plaintiffs did not have cancer and said plaintiffs had not authorized counsel to sue. Said plaintiffs' counsel shall also respond to the alternate ground of sanction based on the inherent power of the Court. Said response shall be filed by **September 17, 2007**, by **noon**. The hearing now set for September 13, 2007, is **VACATED**. The original defense motion and this order to show cause matter shall be heard on **September 25, 2007**, at **4:00 p.m.** No settlement of the remaining claims of the remaining plaintiffs shall be allowed unless it is without prejudice to the above sanction issues.

    **IT IS SO ORDERED.**

Dated: September 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE