| | |
|---|---|
| INTERNATIONAL RIGHTS ADVOCATES<br>Terry Collingsworth (admitted *pro hac vice*)<br>Natacha Thys (admitted *pro hac vice*)<br>218 D Street, SE, 2nd Floor Annex<br>Washington, DC  20003<br>tc@iradvocates.org<br>nt@iradvocates.org<br>Tel: (202) 470-1654<br>E-Fax: (206) 338-2674 | LAW OFFICES OF CRISTOBAL BONIFAZ<br>Cristobal Bonifaz (admitted *pro hac vice*)<br>180 Maple Street<br>P.O. Box 180<br>Conway, MA  01341<br>cbonifaz@comcast.net<br>Tel: (413) 369-4263<br>Fax: (413) 369-0076 |
| WIGGINS, CHILDS, QUINN & PANTAZIS<br>Dennis G. Pantazis (admitted *pro hac vice*)<br>The Kress Building<br>301 - 19th Street North<br>Birmingham, Alabama 35203<br>dgp@wcqp.com<br>Tel: (205) 314-0531<br>Fax: (205) 314-0731 | WHATLEY DRAKE & KALLAS<br>Othni Lathram (admitted *pro hac vice*)<br>2001 Park Place North<br>Suite 1000<br>Birmingham, Alabama 35203<br>olathram@whatleydrake.com<br>Tel: (205) 328-9576<br>Fax:(205) 328-9669 |
| SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN, LLP<br>Paul L. Hoffman<br>723 Ocean Front Walk<br>Venice, CA  90201<br>Hoffpaul@aol.com<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040 | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gonzales, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>Texaco Inc., *et al.*<br><br>   Defendants. | CASE NO.: C 06-02820 WHA<br><br>**SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE BY PLAINTIFFS' COUNSEL TO COURT'S ORDER TO SHOW CAUSE ON MONETARY SANCTIONS**<br><br>Hearing Date:   September 25, 2007<br>Time:           4:00 p.m.<br>Courtroom:      9, 19th Floor<br>Judge:          Hon. William H. Alsup |

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE BY PLAINTIFFS' COUNSEL TO COURT'S ORDER TO SHOW CAUSE ON MONETARY SANCTIONS - CASE NO.: C06-02820 (WHA)**

On September 17, 2007, Plaintiffs' Counsel timely filed their response to the Court's Order to Show Cause on Monetary Sanctions. Following the filing of that response, Plaintiffs' Counsel received the expedited transcript of the deposition of Dr. Jorge Torres Ruales, M.D. Dr. Torres is one of Plaintiffs' Experts in this action. Upon the request of Plaintiffs' Counsel, Dr. Torres conducted physical examinations of each of remaining Plaintiffs, Ms. Jame, and Ms. Chamba's son in late May 2007. According to the testimony of Dr. Torres at his deposition, Ms. Chamba told him that her son had leukemia. (Deposition of Dr. Torres, 88:6-12 attached hereto as Exhibit A). This testimony is further evidence that the allegations contained in Plaintiffs' Complaint and Amended Complaint were based on Ms. Chamba's representations, and were not, as Chevron has accused, simply fabricated by Plaintiffs' Counsel.

Respectfully submitted on this 18th day of September, 2007 by:

/s/Terry Collingsworth
_____
Terry Collingsworth,
*Counsel for Plaintiffs*

**SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE BY PLAINTIFFS' COUNSEL TO COURT'S ORDER TO SHOW CAUSE ON MONETARY SANCTIONS - CASE NO.: C06-02820 (WHA)**