IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALES, et al.

Plaintiff,

v.

TEXACO INC. TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION,

Defendant.

No. C 06-02820 WHA

**ORDER RE BLANK INTAKE FORMS**

The Court requests that counsel produce the intake forms (and their English translations) for plaintiff Gloria Chamba, Luisa Gonzales, and Nixon Rodriguez by **FRIDAY, SEPTEMBER 21, 2007** at **NOON**.

**IT IS SO ORDERED.**

Dated:  September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE