IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al. | No. C 06-02820 WHA |
| Plaintiff, | |
| v. | **ORDER RE BLANK INTAKE FORMS** |
| TEXACO INC. TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION, | |
| Defendant. | |

The Court requests that counsel produce the intake forms (and their English translations) for plaintiff Gloria Chamba, Luisa Gonzales, and Nixon Rodriguez by **FRIDAY, SEPTEMBER 21, 2007** at **NOON**.

**IT IS SO ORDERED.**

Dated: September 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE