IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., and CHEVRON CORPORATION,<br><br>    Defendants.<br>                                     / | No. C 06-02820 WHA<br><br>**REQUEST FOR TRANSCRIPT PAGE** |

    Defendants' motion for summary judgment on the statute of limitations (Doc. 272) cites to page 156 of the transcript of Plaintiff Cadena's deposition (Rector Dec. Exh. 5). The Court notes that this page was not provided in the appended exhibits. The Court requests that counsel make this page part of the record by **FRIDAY, NOVEMBER 9, 2007**, at **4:00 P.M.**

    **IT IS SO ORDERED.**

Dated: November 8, 2007.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE