**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   LUISA GONZALES, et al.,                          No. C 06-02820 WHA

11             Plaintiffs,

12      v.                                            **ORDER GRANTING MOTION TO**
                                                      **FILE THE DECLARATION OF**
13   TEXACO, INC., TEXACO PETROLEUM                   **DR. ALEJANDRO PONCE-**
     COMPANY, INC., and CHEVRON                       **VILLACIS**
14   CORPORATION,

15             Defendants.

16   _____/

17          The Court has received the declaration of Dr. Alejandro Ponce-Villacis.  The Court

18   grants the motion of counsel for the "Lago Agrio Plaintiffs" to file with the Clerk of the Court

19   this declaration.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  November 14, 2007.

24                                                    WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE
25

26

27

28