United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALES, et al.,

    Plaintiffs,

  v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., and CHEVRON CORPORATION,

    Defendants.
                                    /

No. C 06-02820 WHA

**ORDER RE MOTIONS FOR PERMISSION TO FILE MOTIONS FOR RECONSIDERATION**

    Attorneys Paul Hoffman and Terry Collingsworth have filed motions for permission to file a motion for reconsideration of the order issuing sanctions against them. The Court requests that defense counsel respond to these motions by **WEDNESDAY, NOVEMBER 21, 2007**, at **NOON.** The motion will be decided on the papers.

    **IT IS SO ORDERED.**

Dated: November 19, 2007,

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE