IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALES, et al.,

    Plaintiffs,

  v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., and CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**ORDER RE MOTIONS FOR PERMISSION TO FILE MOTIONS FOR RECONSIDERATION**

Attorneys Paul Hoffman and Terry Collingsworth have filed motions for permission to file a motion for reconsideration of the order issuing sanctions against them. The Court requests that defense counsel respond to these motions by **WEDNESDAY, NOVEMBER 21, 2007**, at **NOON**. The motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: November 19, 2007,

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE