IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUISA GONZALES, et al.,

    Plaintiffs,

  v.

TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., and CHEVRON CORPORATION,

    Defendants.

No. C 06-02820 WHA

**REQUEST RE BILL OF COSTS**

The Court has read the stipulation and order regarding medical examinations and depositions of plaintiffs and inquires defense counsel where the stipulation and order obligates plaintiffs' counsel (as opposed to just plaintiffs) to pay reasonable travel and accommodation costs. The duty of plaintiffs counsel to respond in a timely manner to the bill of costs is not affected or extended by this request for information. Please respond by **TUESDAY, DECEMBER 4, 2007**, at **NOON**.

Dated: November 30, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE