| | |
|---|---|
| INTERNATIONAL RIGHTS ADVOCATES<br>Terry Collingsworth, Esq.<br>Natacha Thys, Esq.<br>218 D Street, SE, 2nd Floor Annex<br>Washington, DC  20003<br>tc@iradvocates.org<br>nt@iradvocates.org<br>Tel: (202) 470-1654<br>E-Fax: (206) 338-2674 | LAW OFFICES OF CRISTOBAL BONIFAZ<br>Cristobal Bonifaz, Esq.<br>180 Maple Street<br>P.O. Box 180<br>Conway, MA  01341<br>cbonifaz@comcast.net<br>Tel: (413) 369-4263<br>Fax: (413) 369-0076 |
| WIGGINS, CHILDS, QUINN & PANTAZIS<br>Dennis G. Pantazis, Esq.<br>The Kress Building<br>301 - 19th Street North<br>Birmingham, Alabama 35203<br>dgp@wcqp.com<br>Tel: (205) 314-0531<br>Fax: (205) 314-0731 | WHATLEY DRAKE & KALLAS<br>Othni Lathram, Esq.<br>2001 Park Place North<br>Suite 1000<br>Birmingham, Alabama 35203<br>olathram@whatleydrake.com<br>Tel: (205) 328-9576<br>Fax:(205) 328-9669 |
| SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN, LLP<br>Paul L. Hoffman, Esq.<br>723 Ocean Front Walk<br>Venice, CA  90201<br>Hoffpaul@aol.com<br>Tel: (310) 396-0731<br>Fax: (310) 399-7040 | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gonzales, *et al.*,<br><br>            Plaintiffs,<br>v.<br><br>Texaco Inc., *et al.*<br><br>            Defendants. | CASE NO.: C 06-02820 WHA<br><br>**PLAINTIFFS' RESPONSE TO NOVEMBER 30, 2007 ORDER REGARDING BILL OF COSTS** |

1  Per this Court's November 30, 2007 Order requesting information regarding Bill of
2  Costs, Plaintiffs' counsel hereby respond that they will comply with the Stipulation and Order
3  Regarding Medical Examinations and Depositions of Plaintiffs (Document No. 110). By this
4  Stipulation, counsel agreed to cover the travel costs regarding Plaintiffs' depositions. In terms of
5  the actual costs, counsel is currently reviewing the itemized amounts, which currently total
6  $17,000, and reserve the right to file objections within ten days of Defendants' Bill of Costs filed
7  on November 30, 2007, per Local Rule 54-2.

Respectfully submitted on this 4th day of December, 2007 by:

/s/Terry Collingsworth
_____
Terry Collingsworth,
*On Behalf of all Counsel for Plaintiffs*