FILED

UNITED STATES COURT OF APPEALS

AUG 21 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUISA GONZALES; et al.,<br><br>        Plaintiffs,<br>and<br><br>TERRY COLLINGSWORTH,<br><br>        Appellant,<br> v.<br><br>TEXACO INC.; et al.,<br><br>        Defendants - Appellees. | No. 07-17123<br><br>D.C. No. CV-06-02820-WHA<br><br><br><br>ORDER |

| | |
|---|---|
| LUISA GONZALES; et al.,<br><br>        Plaintiffs,<br>and<br><br>PAUL L. HOFFMAN,<br><br>        Appellant,<br> v.<br><br>TEXACO INC.; et al.,<br><br>        Defendants - Appellees. | No. 07-17124<br><br>D.C. No. CV-06-02820-WHA |

———————————

Before: SCHROEDER and D.W. NELSON, Circuit Judges, and MARSHALL,[**] District Judge.

Pursuant to Federal Rule of Appellate Procedure 39, each party shall bear its own costs.

SO ORDERED

---

[**] The Honorable Consuelo B. Marshall, United States District Judge for the Central District of California, sitting by designation.