UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 03 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| LUISA GONZALES; GLORIA CHAMBA; NIXON RODRIGUEZ, Plaintiffs, and TERRY COLLINGSWORTH, Appellant, v. TEXACO INC.; TEXACO PETRTOLEUM COMPANY, INC.; CHEVRON CORPORATION, Defendants - Appellees. | No.  07-17123 D.C. No.  CV-06-02820-WHA Northern District of California, San Francisco  **MANDATE** |
| LUISA GONZALES; GLORIA CHAMBA; NIXON RODRIGUEZ, Plaintiffs, and PAUL L. HOFFMAN, Appellant, v. TEXACO INC.; TEXACO PETRTOLEUM COMPANY, INC.; | No.  07-17124 D.C. No.  CV-06-02820-WHA Northern District of California, San Francisco  **MANDATE** |

CHEVRON CORPORATION,

          Defendants - Appellees.

The judgment of this Court, entered 8/17/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Synitha Walker
Deputy Clerk