IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA GONZALEZ, et al., | No. C 06-02820 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE RE SANCTIONS PURSUANT TO RULE 11(c)(3)** |
| TEXACO, INC., TEXACO PETROLEUM COMPANY, INC., CHEVRON CORPORATION, | |
| Defendants. | |

On its own initiative pursuant to Federal Rule of Civil Procedure 11, the Court imposed sanctions against Attorneys Cristobal Bonifaz, Paul Hoffman and Terry Collingsworth for signing pleadings in this action without first doing reasonable and competent investigation. The Court of Appeals reversed as to the sanctions against Attorneys Hoffman and Collingsworth and held that in order for the Court to impose sanctions *sua sponte* pursuant to Rule 11, it needed to first make a finding that their conduct was "akin to contempt." It remanded for consideration of whether their actions met that heightened standard.

Attorneys Hoffman and Collingsworth shall submit briefing regarding whether their conduct was "akin to contempt" on or before **DECEMBER 10, 2009.** A hearing on this issue will

be held on **DECEMBER 17, 2009.**

**IT IS SO ORDERED.**

Dated: November 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE