IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>    Plaintiff,<br><br>   v.<br><br>CRISTOBAL BONIFAZ, et al.,<br><br>    Defendants.                    / | No. 09-05371 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, sua sponte, refers the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-06-2820 WHA, Gonzales v. Chevron. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

Dated  1/19/10

_Claudia Wilken_
CLAUDIA WILKEN
United States District Judge