IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION, | No. 09-05371 CW |
| Plaintiff, | ORDER WITHDRAWING JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |
| v. | |
| CRISTOBAL BONIFAZ, et al., | |
| Defendants. | |

On January 19, 2010, this Court issued a Judicial Referral for Purpose of Determining Relationship of Cases referring the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-06-2820 WHA, <u>Gonzales v. Chevron</u>; however, on November 30, 2009, Judge Alsup previously issued an Order that Actions Are Not Deemed Related.

Accordingly, this Court hereby withdraws the Judicial Referral.

1/19/10
Dated

CLAUDIA WILKEN
United States District Judge