IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVRON CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>CRISTOBAL BONIFAZ, et al.,<br><br>        Defendants.<br>_____/ | No. 09-05371 CW<br><br>ORDER WITHDRAWING JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

On January 19, 2010, this Court issued a Judicial Referral for Purpose of Determining Relationship of Cases referring the above-captioned case to District Judge William H. Alsup to consider whether this case is related to C-06-2820 WHA, Gonzales v. Chevron; however, on November 30, 2009, Judge Alsup previously issued an Order that Actions Are Not Deemed Related.

Accordingly, this Court hereby withdraws the Judicial Referral.

      1/19/10
Dated _____

                                    CLAUDIA WILKEN
                                    United States District Judge